THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| MICHELE OSTWALD, | CASE NO. C19-0685-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE HARTFORD INSURANCE COMPANY OF THE MIDWEST, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for filing an amended complaint (Dkt. No. 14). The motion is GRANTED. Plaintiff is GRANTED leave to file the proposed amended complaint (Dkt. No. 14-1) and shall do so by August 5, 2019.

DATED this 29th day of July 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-0685-JCC
PAGE - 1