The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHELE OSTWALD

    Plaintiff,

v.

THE HARTFORD INSURANCE COMPANY OF THE MIDWEST

    Defendant.

No. 2:19-CV-00685-JCC

NOTICE OF OCCURRENCE OF ALTERNATIVE DISPUTE RESOLUTION

Pursuant to CR 39.1(c)(6) notice is hereby given that on October 31, 2019, the parties participated in a mediation. The case remains unresolved.

Dated: October 31, 2019

*Thomas V. Harris*
Thomas V. Harris, Mediator

Washington Arbitration & Mediation Service
600 University Street, Suite 900
Seattle, WA 98101
206-467-0793

NOTICE OF OCCURRENCE OF
ALTERNATIVE DISPUTE RESOLUTION

\\SFC3\DATA\FORMS\JGC\MEDS\39.1 MEDIATOR'S REPORT.doc