THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICHELE OSTWALD, | CASE NO. C19-0685-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE HARTFORD INSURANCE COMPANY OF THE MIDWEST, a foreign insurance company, | |
| Defendant. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to postpone the trial and case deadlines (Dkt. No. 28). The Court hereby GRANTS the motion and ORDERS as follows:

1. The 10-day estimate bench trial is continued to September 14, 2020, at 9:30 a.m.;

2. The proposed pretrial order must be filed by August 31, 2020;

3. Trial briefs and proposed voir dire/jury instructions must be filed by September 10, 2020;

4. Discovery must be completed by May 17, 2020; and

5. Dispositive motions must be filed by June 16, 2020.

DATED this 5th day of February 2020.

<u>William M. McCool</u>  
Clerk of Court

<u>s/Tomas Hernandez</u>  
Deputy Clerk

MINUTE ORDER
C19-0685-JCC
PAGE - 2